## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

                    **Plaintiff,**

           **vs.**                        **CRIMINAL NO. 15-CR-30023-DRH**

KASMIEL SAMUEL SUMRALL,

                    **Defendant.**

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On June 10, 2015, this Court entered an Order for forfeiture against defendant Kasmiel Samuel Sumrall for the following property which had been seized from the defendant:

**One Ruger .9 mm, black steel semi-automatic handgun, bearing serial number 314-   88255, its magazine, and ten (10) rounds of .9 mm ammunition.**

The Order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning August 14, 2015, and ending September 12, 2015, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7),

that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on June 10, 2015, namely:

**One Ruger .9 mm, black steel semi-automatic handgun, bearing serial number 314-   88255, its magazine, and ten (10) rounds of .9 mm ammunition.**

The Federal Bureau of Investigation or the United States Marshal shall dispose of the property according to law.   The disposal may, at the discretion of the United States, include the destruction of the property.   The destruction may be done at such time and location and by such persons as designated by the Federal Bureau of Investigation or the United States Marshal.

**DATE: January 22, 2016**

Digitally signed by
Judge David R.
Herndon
Date: 2016.01.22
14:00:55 -06'00'

**United States District Court**